Form 2100A (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

**In re: Steven Edward Hevey,**
    **Stephanie Maxine Hevey**          Case No. 20-03432-JMC-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Red. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **United Security Financial Corp.** <br> Name of Transferee | **United Security Financial Corp.** <br> Name of Transferor |
| Name and Address where **notices** to transferee should be sent: <br><br> BSI Financial Services <br> 1425 Greenway Drive <br> Suite 400 <br> Irving, TX 75038 | Court Claim #(if known): **17** <br> Amount of Claim: **$281,010.54** <br><br> Date Claim Filed: **7/9/2020** |
| Last Four Digits of Acct #: **5521** | Last Four Digits of Acct #: 5521 |
| Name and Address where transferee **payments** to be sent: <br><br> BSI Financial Services, <br> 314 S Franklin St. <br> P.O. Box 517 <br> Titusville, PA 16354 | |
| Last Four Digits of Acct #: **5521** | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ BRYAN K. REDMOND          Date: 04/02/2021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. Â§Â§152 & 3571

Hevey - File No. 103269B01